**O'HAGAN MEYER LLP**
Melissa T. Daugherty (SBN 227451)
E-Mail: MDaugherty@Ohaganmeyer.com
Kerri R. Lutfey (SBN 286164)
E-Mail: Klutfey@Ohaganmeyer.com
550 South Hope Street, Suite 2400
Los Angeles, California 90071
Telephone: 213-647-1735

Attorneys for Defendant LR CENTURY AIRPORT PARKING, LLC dba JOE'S AIRPORT PARKING

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| BRITTNEY ROSS; KANISHA HEREFORD<br><br>Plaintiff,<br><br>vs.<br><br>LR CENTRUY AIRPORT PARKING, LLC dba JOE'S AIRPORT PARKING AND DOES 1 THROUGH 10, INCLUSIVE<br><br>Defendants. | Case No. 2:23-cv-04873-DMG-MRW<br><br>**JOINT MEDIATION STATUS REPORT**<br><br>Case filed: June 21, 2023 |
|---|---|

    Pursuant to Judge Gee's October 6, 2024 Order/Referral to ADR, Plaintiffs Brittney Ross and Kanisha Hereford ("Plaintiffs") and Defendant LR Century Airport Parking LLC dba Joe's Airport Parking ("Defendant") (hereinafter referred to collectively as the "Parties") participated in a Zoom mediation with mediator Michael Leb on January 23, 2024. Mr. Leb was selected from the Court's Mediation Panel in accordance with ADR Procedure No. 2.

    The mediation on January 23, 2024 did not result in a resolution of the action. Further facilitated settlement discussions are not expected at this time.

/ / /

DATED: January 26, 2024    O'HAGAN MEYER LLP

By: _____/s/ Melissa T. Daugherty_____
Melissa T. Daugherty
Kerri R. Lutfey
Attorneys for Defendant, LR CENTRUY AIRPORT PARKING, LLC dba JOE'S AIRPORT PARKING

DATED: January 26, 2024    KISOB LAW FIRM

By: _____/s/ Apenwoyah Kisob Alaric-Lorenzo_____
Apenwoyah Kisob Alaric-Lorenzo
Attorney for Plaintiffs, BRITTNEY ROSS and KANISHA HEREFORD

Pursuant to Local Rule 5-4 3.4(a)(2)(i), the undersigned certifies that all signatories listed and on whose behalf the filing is submitted, concur in the content of this filing and have authorized the filing of this document.

DATED: January 26, 2024    O'HAGAN MEYER LLP

By: _____/s/ Melissa T. Daugherty_____
Melissa T. Daugherty
Kerri R. Lutfey
Attorneys for Defendant, LR CENTRUY AIRPORT PARKING, LLC dba JOE'S AIRPORT PARKING

**FEDERAL COURT PROOF OF SERVICE**
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

USDC Central District of California Case No: 2:23-CV-04873-DMG-MRW
Brittney Ross, et al. v LR Century Airport Parking, LLC dba Joe's Airport Parking

At the time of service, I was over 18 years of age and not a party to the action. My business address is 550 S. Hope Street, Suite 2400, Los Angeles, CA 90071.

On January 26, 2024, I served the following document(s): **JOINT MEDIATION STATUS REPORT**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

| | |
|---|---|
| Apenwoyah Kisob Alaric-Lorenzo Esq.<br>Attorney and Counselor-at-Law<br>**KISOB LAW FIRM**<br>3680 Wilshire Blvd., Suite P 04-1147<br>Los Angeles, CA 90010<br>Tel: 702-863-4243<br>Fax: 213-383-808<br>Email: Alkisob@kisoblaw.US | Attorneys for Plaintiffs,<br>BRITTNEY ROSS and KANISHA HEREFORD |

The documents were served by the following means:

☒ (BY E-MAIL OR ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent from e-mail address mordonez@ohaganmeyer.com to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on January 26,, 2024, at Los Angeles, California.

_____
Michael Ordonez