**KISOB LAW FIRM**
Apemwoyah Kisob Alaric-Lorenzo Esq. (SBN. 321507)
Alkisob@kisoblaw.US
Attorney and Counselor-at-Law
New York, California, Nigeria & Cameroon
3680 Wilshire Blvd Suite P 04-1147
Los Angeles CA 90010
Telephone: 7028634243
Fax : 2133838080
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTNEY ROSS et al., | Case No.: LA CV 23-4873−DMG−MRWx |
| **Plaintiffs,** | **ORDER [37]** |
| vs. | |
| LR CENTURY AIRPORT PARKING, LLC, et al. | Action Filed: 06/21/23 |
| **Defendant(s)** | |

### ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), **IT IS ORDERED** THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated: March 8, 2024.

_____
Hon. Dolly M. Gee
**UNITED STATES DISTRICT JUDGE**

ORDER - 1